UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.:2:08-cv-1646-TFM

| | |
|---|---|
| KATHY HO,<br><br>        Plaintiffs,<br>v.<br><br>OXFORD COLLECTION AGENCY,<br><br>        Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br>**JURY TRIAL DEMANDED** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

| | |
|---|---|
| Dated:  July 27, 2009 | Respectfully Submitted<br><br>By:  **s/Jeffrey L. Suher**<br>Jeffrey L. Suher, Esquire<br>4328 Old William Penn Highway, Suite 2J<br>Monroeville PA 15146<br>412-374-9005<br>lawfirm@jeffcanhelp.com<br>Counsel for Plaintiff |
| Dated:  July 27, 2009 | **s/David J. Barton**<br>David J Barton, Esquire<br>Bentz Law Firm, PC<br>680 Washington Road, Suite 200<br>Pittsburgh PA 15228<br>412-563-4500<br>djbarton@bentzlaw.com<br>Counsel for Defendant |