UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.:2:08-cv-1646-TFM

| | |
|---|---|
| KATHY HO,<br><br>　　　　Plaintiffs,<br>v.<br><br>OXFORD COLLECTION AGENCY,<br><br>　　　　Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br>**JURY TRIAL DEMANDED** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Dated:  July 27, 2009　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　By:  **s/Jeffrey L. Suher**
　　　　　　　　　　　　　　　　　　　Jeffrey L. Suher, Esquire
　　　　　　　　　　　　　　　　　　　4328 Old William Penn Highway, Suite 2J
　　　　　　　　　　　　　　　　　　　Monroeville PA 15146
　　　　　　　　　　　　　　　　　　　412-374-9005
　　　　　　　　　　　　　　　　　　　lawfirm@jeffcanhelp.com
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated:  July 27, 2009　　　　　　　　　**s/David J. Barton**
　　　　　　　　　　　　　　　　　　　David J Barton, Esquire
　　　　　　　　　　　　　　　　　　　Bentz Law Firm, PC
　　　　　　　　　　　　　　　　　　　680 Washington Road, Suite 200
　　　　　　　　　　　　　　　　　　　Pittsburgh PA 15228
　　　　　　　　　　　　　　　　　　　412-563-4500
　　　　　　　　　　　　　　　　　　　djbarton@bentzlaw.com
　　　　　　　　　　　　　　　　　　　Counsel for Defendant

Dated: July 28, 2009　　　　　　　　　　SO ORDERED:
　　　　　　　　　　　　　　　　　　　 s/ Terrence F. McVerry
　　　　　　　　　　　　　　　　　　　 United States District Judge

-1-